Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Jacksonville Division

| | |
|---|---|
| Marilyn Falotico Pro Se | Case No. 3:24-CV-1099-WWB-SJH |
| | *(to be filled in by the Clerk's Office)* |
| _____ | |
| *Plaintiff(s)* | Jury Trial: *(check one)* ☑ Yes ☐ No |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |
| **-v-** | |
| TurboDebt LLC. Josh Stomel, Bonnie Silver, Desmund Durrant, Shawnte Banks, Courtney Kronfeld, Angie Figueroa, Jacob Waller, Tom Greene, National Debt Relief LLC. Carla Perez, Alex Kleyner | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Marilyn J. Falotico |
| Street Address | 1605 S US HWY 1  Building M2  Apt. 210 |
| City and County | Jupiter Palm Beach |
| State and Zip Code | Florida 33477 |
| Telephone Number | 201-665-8086 |
| E-mail Address | MarilynFalotico3@gmail.com |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Bonnie Silver |
| Job or Title *(if known)* | President |
| Street Address | 7159 Corklan Drive, Suite |
| City and County | Jacksonville, Duval |
| State and Zip Code | Fl 32258 |
| Telephone Number | Does not have any phone number to be reached at |
| E-mail Address *(if known)* | Bonnie@turbodebt.com |

Defendant No. 2

| | |
|---|---|
| Name | Josh Stomel |
| Job or Title *(if known)* | Co-Founder - Chief Marketing Officer |
| Street Address | 100 23181 Verdugo Drive # 100a |
| City and County | Laguna Hills, Orange County |
| State and Zip Code | CA 92653-1313 |
| Telephone Number | Does not have any phone number to be reached at |
| E-mail Address *(if known)* | Josh@turbodebt.com |

Defendant No. 3

| | |
|---|---|
| Name | Desmund Durrant |
| Job or Title *(if known)* | Senior Sales Manager |
| Street Address | 7159 Corklan Drive, suite 100 |
| City and County | Jacksonville, Duval |
| State and Zip Code | FL 32258 |
| Telephone Number | Does not have any phone number to be reached at |
| E-mail Address *(if known)* | Desmond.Durrant@turbodebt.com |

Defendant No. 4

| | |
|---|---|
| Name | Shawnte Banks |
| Job or Title *(if known)* | Sales Manager |
| Street Address | 7159 Corklan Drive, suite 100 |
| City and County | Jacksonville, Duval |
| State and Zip Code | FL 32258 |
| Telephone Number | +1 (904) 667-7994 |
| E-mail Address *(if known)* | Shawnte.banks@turbodebt.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Conspiracy: 18 U.S.C. § 241: (deprive civil rights)18 U.S.C. § 1349 and 1343 (fraud) Fraud of Inducement; Wage Theft 29 C.F.R. § 778.114(a) (b) 29 U.S.C. 201, False Records U.S.C. § 1001 31 CFR § 0.211 False Advertisements 15 U.S. Code § 54 Tele16 Telemarketing Violations CFR 310 (TSR) (TCPA), 47 U.S. Code § 227, Workplace Psychological Abuse Act, Abuse of Process, Wrongful Termination

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b.    If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Seeking $250,000 compensatory relief for lost income and damages for each claim/defendant responsible,comes to $2,750,000. First the illegal practice never should have occurred, second the illegal practice should have stopped upon given proof of illegality, third, forcing this to court through abuse of process to avoid ever following American Laws. Punitive damages of $2,000,000.oo simply because 2 presidents created a fraudulent corrupt business on purpose.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.
See attached printed document.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

see attached printed document.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          10/22/2024

Signature of Plaintiff
Printed Name of Plaintiff    Marilyn Falotico

### B.    For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Defendant No. 5

| | |
|---|---|
| Name | Courtney Kronfeld  Turbodebt LLC. |
| Title (if known) | Head of Recruitment |
| Street Address | 23181 Verdugo Drive # 100a |
| City and County | Laguna Hills, Orange County |
| State and Zip Code | CA 92653-1313 |
| Telephone Number | Does not have any phone number to be reached at |
| E-mail Address (if known) | Courtney@trubodebt.com |

Defendant No. 6

| | |
|---|---|
| Name | Angie Figueroa TurboDebt LLC. |
| Title (if known) | Director of Human Resources |
| Street Address | 23181 Verdugo Drive # 100a |
| City and County | Laguna Hills, Orange County |
| State and Zip Code | CA 92653-1313 |
| Telephone Number | Does not have any phone number to be reached at |
| E-mail Address (if known) | Angie@turbodebt.com |

Defendant No. 7

| | |
|---|---|
| Name | Jacob Waller TurboDebt LLC. |
| Title (if known) | VP of Sales |
| Street Address | 159 Corklan Drive, suite 100 |
| City and County | Jacksonville, Duval |
| State and Zip Code | FL 32258 |
| Telephone Number | Does not have any phone number to be reached at |
| E-mail Address (if known) | Jacob@turbodebt.com |

Defendant No. 8

| | |
|---|---|
| Name | Tom Greene Turbo Debt LLC. |
| Title (if known) | VP of Sales |
| Street Address | 159 Corklan Drive, suite 100 |
| City and County | Jacksonville, Duval |
| State and Zip Code | FL 32258 |
| Telephone Number | Does not have any phone number to be reached at |
| E-mail Address (if known) | Tom@turbodebt.com |

Defendant No. 9

| | |
|---|---|
| Name | Alex Kleyner  National Debt Relief LLC. |
| Job or Title (if known) | President |
| Street Address | 180 Maiden Ln 30th floor |

7

| City and County | New York, New York County |
| State and Zip Code | NY 10038 |
| Telephone Number | Does not have any phone number to be reached at |
| E-mail Address (if known) | Alex@NationalDebtRelief.com |

Defendant No. 10

| Name | Carla Perez    National Debt Relief LLC. |
| Job or Title (if known) | VP of Human Resources |
| Street Address | 180 Maiden Ln 30th floor |
| City and County | New York, New York County |
| State and Zip Code | NY 10038 |
| Telephone Number | Does not have any phone number to be reached at |
| E-mail Address (if known) | Carla.Perez@NationalDebtRelief.com |

1

My name is Marilyn Falotico, the plaintiff, and I am representing myself as Pro Se because the defendants are guilty of the Conspiracy Deprivation of Rights - 18 U.S.C. 241 believing they are above the law unless brought to court. As a 53 year old mother who lived in NJ my entire life, I moved to FL in July of 2023 to help a family member in need. Within weeks I accepted employment with Turbo Debt based on their advertisement and the need to make $8,000 - $10,000 a month in income. This company offers Debt Settlement programs. National Debt Relief purchased Turbo Debt Sept. 21, 2021. Damages from a heinous form of employment of 13 months led to my financial hardship, causing my failure in supporting this family member, requiring us both to now move back to NJ to live with family for financial support in November of 2024. All government agencies I contacted are backlogged up to 3 years. This employment has me very traumatized, wondering if this is a corrupt organization. The illegal practices are used for massive company gain and profits, some of which are fraudulent, such as stealing my income through false ADP entries, illegal use of Fluctuating Work Week, FWW, and refusing my right to equal employment opportunity. I will not settle on any relief until the ADP audit results

8

are provided to me, as over 100 illegally falsified entries were never corrected upon my return to work. That led to me unknowingly submitting fraudulent 2023 tax returns. If ADP had my proof of falsified time cards they would charge the defendants with payroll fraud and be banned from using ADP. My rights to Freedom of Speech to communicate did not exist with 7 of 10 defendants, they refuse to respond to email and have no phone number to reach them, this is dereliction of duty. The 3 defendants that did communicate would lie and write false statements. National Debt Relief has similar claims and lawsuits almost annually since 2016. It appears the illegal practices are so profitable that they are worth annual settlement expenses and why no one has forced them to become compliant. At what point will they stop? I am a victim of their intentional fraudulent employment that resulted in the intentional infliction of my financial ruin, emotional, social and physical distress and damages that I am currently seeking treatment for all for their gain and profit. This employment was heinous, unconstitutional and unconscionable.

2

July 2023 - Defendant: Courtney Kronfeld, Recruitment - Fraud of Inducement - Conspiracy Deprivation of Rights - 18 U.S.C. 241

The Turbo Debt enrollment specialist ad is based on false advertising, 15 U.S. Code § 54. This led to my employment with false claims I could be making up to $15,400 a month, resulting in intentional infliction of financial hardship and damages described above. Proof was given to Angie Figueroa, Carla Perez, Bonnie Silver, and Alex Kleyner, no one ever disproved my claims but either ignored me or stated "no unlawful conduct was found". Compensatory relief for loss of income and damages $250,000.oo.

3

July 17, 2023 - Courtney Kronfeld - False Statements, Breach of Contract, Wage Theft -

Violation of FLSA - 18 U.S.C. 241 Conspiracy Against Rights

Courtney provides an employment agreement I signed on July 17, 2023. The agreement is based

on false statements and illegal use of FWW 29 C.F.R. § 778.114(a) (b). Courtney Kronfeld, her

boss Josh Stomel, and presidents Bonnie Silver and Alex Kleyner, all work remotely, proved

their dereliction of duty by refusing to respond to my emails as they have no other form of

communication available. How can a company function with not one person responding to

claims of illegal practices and employer abuse. This is a breach of contract, arbitration is not

required, the agreement becomes null and void. On August 30, 2024, a DOL investigator

validated the use of FWW was illegal and to take this to court. She asked me if this was a class

action lawsuit. I advised her I only have proof of my own claims. Asking for compensatory relief

from false enrollment agreement and damages of $250,000.oo.


4

August - December 2023 - Desmund Durrant -  Manager - False Statements/records 18 U.S.C. §

1001, 18 U.S. Code § 641. 18 U.S. Code § 1343  31 CFR § 0.211, 31 U.S.C. 3729 Wage Theft,

The Workplace Psychological Safety Act (WPSA)

Desmund is guilty of false statements/records by manipulating entries, adding false sick and PTO

on ADP timecards 31 CFR § 0.211, 31 U.S.C. 3729. On October 25th and 27th, he violated the

Workplace Psychological Safety Act. On Dec. 17, 2023, Desmund denied me 2 days of work

(18-19) while demanding I lie and call out sick on Dec. 22nd even though I was approved for

vacation in NJ. If I made 1 more sale, my commission would be $2,500, but it was only $717.

My loss of over $2,000 was their gain in less commission payroll expenses of $2,000. I currently had 17 sales, worth $50 each, you need 18 sales for $150 each value, I was sent home to prevent me from making that one needed sale. They claim you can make up to $15,400 a month yet I only made $717.00 only because they strategized that. I budgeted an income of $10,000 that month and made only $717, I am negative by $9,000, in just one month. I was sleeping on a blow up mattress, suffering agonizing physical pain, working through lunch, having no idea this was going on. When this manager had back pain, I brought in Biofreeze to provide relief. I was always a caring, respectful, hard working employee. I couldn't even afford Christmas gifts or airplane tickets and why I had to drive over 15 hours one way home to NJ for Christmas. I was forced to follow The Script. Top sellers do not follow The Script and why they make $10,000 a month. This Script is a form of false advertising, 15 U.S. Code § 54 telling clients we enroll in all different options but we only enroll in one. The company lets top sellers lie so much to clients that they only fire them when something serious happens. That is why top sellers' calls are never shared. I would hear lies all day long and couldn't believe nothing would be done. I was trained to tell clients never to get a consolidation loan, but later in the script I'm to mention that loans could be available from Reach Financial. What? I have seen complaints of National Debt Relief clients offered the Reach Financial loan claiming they were enrolled before stating they wanted it, and because they are not able to cancel it, they wound up paying more interest on the Reach Financial loan then they were paying on previous credit card debt they had enrolled. That appears to be predatory lending if they are paying more interest than they were originally, especially if they are living off of social security, which is another issue altogether. Turbo Debt, National Debt Relief and Reach Financial all have a New York address at 180 Maiden Lane, are they really all one company pretending to be separate? No one answers questions about how the

company works as I never even saw the presidents or correspondence from them as if they don't even exist. Desmund is still employed and even promoted only because he is compliant and willing to engage in illegal company practices that are part of his job description. Desmund is guilty of heinous acts against me and after the ADP audit is provided I would like to know what action will be taken against such illegal practices that led to my financial demise and wrongful termination.  Seeking relief of $250,000.

5

January - April 2024 - Shawnte Banks - Manager - False Records 18 U.S.C. § 1001, 18 U.S. Code § 641, 18 U.S. Code § 1343 31 CFR § 0.211, 31 U.S.C. 3729 Wage Theft,  The Workplace Psychological Safety Act (WPSA)

Shawnte Banks changed my ADP timecard input excessively to false hours worked, false breaks up to 100 entries or as many as 6 false entries a day, guilty of 18 U.S.C. § 1001, 31 CFR § 0.211, 31 U.S.C. 3729. Shawnte is guilty of violation of the Workplace Psychological Safety Act. Shawnte intimidated me to go home on March 12, 2024, 6 hours early, claiming my 40 hours were satisfied, by falsifying my timecard from 11:45 am to 10:45 am so it APPEARED I worked 40 hours.  I said, "it's IMPOSSIBLE"!!! She pulled my ADP timecard up to prove something true, but it was not. I am traumatized at the audacity she had in lying in my face to prevent me from further sales and commission income. Shawnte denied equal employment opportunities although offered it to others. Calra Perez, stated in August of 2024, a year after employment, that company policy is no top performers' calls are to be shared with anyone in the company. I was approved for a transfer in May and was led to believe it would be remote, so I secured new living arrangements. In April I emailed Shawnte on how to transition to remote work. I used an email

because I was starting to see a pattern of lying and that nothing was ever put in writing and questioned the directive of the company. Shawnte walked over to my desk stating the remote option was not available in May but in August. I was shocked this could even be possible. My commute at the Jacksonville office was 10 minutes, now, based on the belief I was remote, my commute to Sunrise would be 3 hours. I would leave at 9:30 am, not getting home until after midnight. Why was this denied to me? There were several occasions I would fall asleep behind the wheel when driving home and tractor trailers would beep at me, therefore I needed to take caffeine so as to not fall asleep. I couldn't afford gas for such a long commute and started driving under 60 MPH in order to save $20 each week in gas expenses. Shawnte knew my financial struggles, sleeping on a blow up mattress, suffering medical issues and pain, all because of my income. I even brought Shawnte flowers, candy and cards as a sign of my appreciation, never knowing it was all a facade. This manager is still employed only because she is compliant and willing to participate in illegal company policies for illegal profit, that is part of her job description. Shawnte is guilty of heinous acts against me and after the ADP audit is provided I would like to know what action will be taken against such illegal practices. I am forced to represent myself as Pro Se because of their abuse of process as their last effort to remain lawless in keeping these illegal profits. Compensitory relief $250,000.

6

July - September 2024 - Angie Figueroa HR- Carla Perez VP of HR - Co-conspirators - Abetting after the fact - 18 U.S.C. 241 Conspiracy Deprivation of Rights

On July 6, 2024 I discovered a plethora of illegal conduct taken against me and reached out to Human Resources. Proof of Fraud of Inducement, False Use of FWW, Bait and Switch

Advertising, Violations of Telemarketing Laws and Equal Employment Opportunity and other concerns were to be investigated. The company's foundation lies in illegal practices, processes and policies and why I now know I was trained to commit unlawful practices. I was on administrative leave July 23, through August 30, 2024 during their fraudulent investigation. After 3 weeks, 3 virtual non recorded meetings, and well over 50 questions, this was the response I got from VP Carla Perez. ***"Hi Marilyn, I want to reemphasize you have the option to return to work at any time, without any conditions. You will not face any retaliation for having reported your concerns. Based on our investigation, we are confident that there has been no discrimination or other unlawful conduct, eliminating the necessity for form documentation. While you may choose to wait for the email outlining our findings, please know that you are free to come back to work at any time. Thanks, Carla".*** That answer proved they were abetting after the fact. I couldn't sleep, had to take more medication to deal with headaches, fibromyalgia pain, anxiety and was going to doctors and therapy to assist in my declining health.  I was forced to return to work on August 31, 2024 with no rights and to perform illegal practices. The fraudulent entries on my timecard weren't even fixed upon my return. Their HR department is the Conspiracy Department meant to remove and violate my rights. I pleaded with both presidents Bonnie Silver and Alex Kleyner in an email to investigate human resources that I would charge Angie and Carla with abetting after the fact if they contacted me again, but they contacted me the very next day, such action is unconscionable.  The presidents act as if they don't exist by refusing to acknowledge any emails, however Angie and Carla constantly advised me that both presidents were aware of every step of this process. There is no dollar value to reflect the theft of my rights for 13 months, in addition to stealing my income and emotional abuse especially by a department created to protect employees rights when given proof of

violations. Complete gross negligence. I am asking the Judge and jury to support compensatory relief of $500,000 for both defendants intentionally accepting unlawful responsibilities. What will be done about these 2 employees when they are proven of abetting after the fact? This illegal Conspiracy Department turned something simple, 2 managers proven of illegal practices, who they refused to terminate, into something astronomical, exposing company wide corruption leading to 10 defendants, including 2 presidents. Relief requested of $500,000.oo

7

July - September 2024 - Josh Stomel - Co-Founder - Chief Marketing Officer - Conspiracy of Deprivation of Right 18 U.S.C. 241 - Abuse of Power

Josh is a cofounder of Tubo Debt. Josh has managed Courtney and Angie for many years. All Services Financial LLC. and Acquisition Brands were managed by Josh and Bonnie in the past and were being used on Indeed for employment ads that link to Turbo Debt website. Most of the who, what, how and why of the company remains a secret and all 4 defendants have been involved together. I emailed Josh several times about the illegal conduct and practices. Courtney is henchman one, using false advertising/agreement to lure you in, and when you provide proof of illegal conduct, it goes to henchman number two, Angie, where it is hidden and you're told nothing is unlawful. I asked Josh to investigate human resources. Josh never acknowledged my email communications and is non-existent, this is a dereliction of his duty. I am seeking relief of 13 months of intentional unlawful abusive employment that proves gross negligence that Josh has facilitated and oversees yet refused to do anything about, seeking relief of $250,000.oo

8

September 13, 2024 10:35 am - Defendant Jacob Waller - VP of Sales - Abuse of Power - Conspiracy of Deprivation of Right 18 U.S.C. 241

I was intimidated to renew my telemarketing license which would force me to continue engaging in illegal practices, such as violations of telemarketing laws, Tele16 CFR 310 marketing Sales Rule (TSR), Telephone Consumer Protection Act (TCPA),  15 U.S. Code § 54 and others. Jacob REFUSED to answer questions about illegal practices in an email sent on September 9, 2024 and on September 13, 2024. Jacob only offered my rights to Freedom of Speech and communication through a virtual meeting. Every virtual meeting with the Conspiracy Department they would lie, therefore I agreed to the meeting if Jacob gave consent to it being recorded. Jacob refused a recorded meeting simply by **NEVER RESPONDING,** because Jacob intended on lying to me. Clients complain about false advertising. A Turbod Debt executive created the bestloanstoday.com website that states Turbo Debt is the STAFF PICK of The Best Personal Loans of July 2024. This violates federal laws as Turbo Debt doesn't even offer loans. On Mother's Day, I was texted by a client to commit suicide because they believed I was lying about having the right to contact them. This causes me serious emotional distress and why complaints about Turbo Debt are constantly sent to the Better Business Bureau with people wanting them charged with a crime. Jacob, a Vice President, should be enforcing laws not illegal practices, he directly caused my wrongful termination leading to the end of employment income, emotional physical distress and damages, seeking compensatory damages and relief requested at $250,000.oo

9

September 13, 2024 6:12 P.M.  - Defendent - Tom Greene - VP of Sales - Wrongful Termination

This termination email is the epitome of conspiracy, and abetting after the fact,  as it is based on false statements and retaliation against me for proving illegal practices and refusing to engage in them any further.  I am constantly told, I am one of the hardest working employees a company has ever met, never asking for anything I didn't work for, always being generous and positive, a team player. Tom knew me for 9 months, always was kind and supportive to me, but on September 13, 2024 he had the audacity to write false statements because the Conspiracy Department couldn't terminate me as it would instantly be proven as retaliation. These false statements can be seen as Defamation of Character should any potential employer request information.  I, Marilyn Falotico, am proud I was found non compliant with their practices because they are "illegal", and why all ten defendants compliant with illegal practices are still employed and I'm not.  Are falsifying employee hours on ADP timecards by Managers a company wide practice?  Does this warrant a class action lawsuit? I don't know, I only have proof of my employment issues and the energy and time to deal with my own problems. Does Tom know I have been getting harassed regarding employees' inexcusable conduct seen on Labor Day this year? Friends asking how I could possibly be terminated while those on September 2, 2024 just got their seats changed. I request this video be provided to the jurors to see how this company really conducts its business. Tom allows horrific, egregious, unconscionable, and illegal conduct by the defendants in this complaint but Marilyn who is the most caring, respectful and lawful employee is the one he chose to terminate.  I will ask the jurors to support and award me the relief I am requesting especially if the ADP audit, any video, marketing efforts and calls I request in discovery are refused. I have all my proof, but they are hiding even more. Tom never

terminated the managers that stole my income, because that is one of their heinous illegal responsibilities. I am submitting my complaint to the courts because it's the only place they have no Co-Conspirators willing to defend them. I am forced to represent myself Pro Se and why they should be charged with abuse of process, compensatory relief $250,000.

10

Bonnie Silver, President of Turbo Debt in conjunction with Alex Kleyner, President of National Debt Relief, who purchased TurboDebt LLC on September 21, 2021, have both created and authorized company wide management to act as the Conspiracy of Deprivation of Rights. Whereby all defendants intentionally, willingly and with presidents' corroboration, conduct and hide unlawful damaging policies, processes and practices that left me intentionally inflicted with financial hardship, emotional, social and physical health distress and damages. Both presidents were asked to have Human Resources investigated, I pleaded with both presidents to have Angie and Carla stop communicating with me. Bonnie and Alex violated my rights to Freedom of Speech through written format as they have no phone number to be reached at, they refused to acknowledge my pleas for help as if they didn't exist just to protect themselves from liability in court.  How do you apply a dollar value of intentionally becoming their victim whereby my financial hardship becomes their illegal form of profit? Two presidents refuse to do their job, how is this possible? I moved to Florida to support a family member, never knowing an employer created heinous egregious practices against me.  I was on the verge of a mental breakdown caused by their foundation of illegal company policies, resulting in my financial ruin, knowingly and willingly ripping my American born Civil Rights away from me, for company profit, I am seeking relief of income and compensatory damages of $500,000.oo.

11

In summary, I took this enrollment specialist job to change the lives of people suffering from financial hardships. My life goal is to change the world for the better, one person at a time. I will be proven guilty of being a compliant ethical lawful caring hard working American Citizen. A company claiming to take people out of a financial hardship should never intentionally cause their own employee to be in a financial hardship. I am grateful to the United States Legal System, the Florida Court of Law, all representatives, Judges and jurors for their time and dedication in affording me the right to be heard and seek justice when justice was not offered to me in any other way. Thank you!

12

State briefly and precisely what damages or other relief the plaintiff asks the court to order.

13

The general Conspiracy statute provides a maximum punishment of not more than five (5) years, as well as a fine up to $250,000.00 for a felony offense. I have used the $250,000 penalty offense for each claim to represent the loss of my income and compensatory damages as each defendant could have prevented the damages against me but chose not to because this is their business model. I could request even more damages because the number of illegal, fraudulent or abusive transactions taken against me were anywhere from 10-40 times a day, that is massive damages. My damages are personal and will be revealed in detail with supporting bank and medical statements while the defendants provide their discovery to the jury. I have suffered severe financial loss and abuse at work almost causing a mental breakdown, all for achieving their

massive profits through unlawful ways. I am requesting their financial annual reports as proof of the massive revenue they are bringing in, and why my relief should be awarded as a mere fraction of what they make.

14

**Fraud of Inducement compensatory damages $250,000**.oo defendant Courtney.  **Wage Theft compensatory damages of $250,000.oo** for false employment agreement, breach of contract , theft of income. Desmand Durrant and Shawnte Banks used employment abuse, wage theft and gaslighting to intentionally financially damage me. Damages per defendant $250,000.oo **coming to $500,000**.oo.  Human Resources is approved, created and supported by the presidents to be the abetting after the fact that takes place against me. They are getting paid to perform criminal acts. **Two Co-conspirators Angie and Carla, abetting after the fact total $500,000.oo**. Josh Stomel is responsible for creating illegal practices and policies that trapped me from the beginning of my employment to the end resulting in wrongful termination. Josh refused to acknowledge any of my pleas for help via email, abuse of power, **relief of $250,000.oo**  Jacob Waller set me up for wrongful termination, Jacob is hiding illegal advertisements, telemarketing violations and top performers' sales calls who lie to clients. Damages of **Jacob Waller abuse of power, $250,000.oo.** Tom Greene is proven to be a co-conspirator writing falsified statements in the wrongful termination. Tom Greene had no involvement in 13 months of my employment, why did he engage in further illegal practices? A Defamation of my Character is in this falsified document. This wrongful termination led to my unemployment and no further income even though they are the guilty party.  I was forced to close my ADP 401K account in order to survive the next month's expenses and only then could afford the $405 to submit my complaint. I am

20

asking **for compensatory damages of $250,000.oo. Total Compensatory damages of $250,000.oo per defendant and claim (11) for their role of intentionally committing and allowing illegal conduct knowing it would cause my financial, emotional and physical damages. $2,750,00.oo**

15

Punitive damages are being requested on behalf of each company president as they intentionally refused to enforce state and federal laws regardless of my desperate pleas begging for help because the foundation of their business model is based on illegalities. What is really going on with this company is of great concern and why I fear for my safety in submitting this complaint. Someone took air out of my tire on July 22, 2024 when I had my first meeting to discuss my concerns. Bonnie Silver, president and founder of Turbo Debt chose a dereliction of duty by pretending she doesn't exist through abuse of power and never responding to emails, in an effort to protect herself from liability in court, punitive damages of gross negligence for 13 months $1,000,000.oo, One Million Dollars.  Alex Kleyner, president of National Debt Relief, I thought he would put a stop to the company wide conspiracy against me, he did nothing through abuse of power and denied my civil rights as well proof of gross negligence, punitive damages of $1,000,000.oo One Million Dollars. Both presidents authorized all defendants to intentionally participate in the Conspiracy Deprivation of Rights in order to protect the company and all who violated my rights and destroyed my financial stability causing emotional, psychological, physical and social distress and damages that I am currently taking medication and seeking therapy for. Once the companies financial revenue is revealed, these punitive damages are nothing compared to the hell they subjected me to for illegal gain of profits. A company training

managers to illegally change my ADP timecard to steal my income is unfathomable, pure gross negligence. Together punitive damages of $2,000,000.oo, Two Million Dollars.

16

I, Marilyn Falotico, am representing myself as Pro Se, because I had no civil rights with this employer for 13 months whereby they removed my ability to live with Life, Liberty and the Pursuit of Happiness resulting from the suffering of financial and emotional distress and damages that was part of my employment but something I was never advised about.  Thank you for allowing me the opportunity to be heard, heal and move forward.