UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARILYN FALOTICO,

    Plaintiff,

v.                                                    CASE NO. 3:24-cv-1099-WWB-SJH

TURBODEBT LLC, et al.,

    Defendants.
_____/

**<u>ORDER</u>**

    **THIS CAUSE** is before the Court on Plaintiff's Motion to Prepare Summons to be Served, Doc. 5, and Plaintiff's Motion to Enroll in CM/ECF, Doc. 6.

    Plaintiff need not file a motion regarding the issuance of summons. If Plaintiff seeks to have summonses issued, she must properly[1] complete a "Summons in a Civil Action" form for each defendant and deliver the completed forms to the clerk's office and the clerk will issue the summonses. Plaintiff may send the forms to the clerk's office by mail, by filing through the Electronic Document Submission Web Portal (found in the Litigants Without Lawyers section of the Court's website at www.flmd.uscourts.gov), or by bringing the forms in person to the clerk's office, located at 300 North Hogan Street, Jacksonville, Florida 32202. The "Summons in a Civil Action" form can be found in the "forms" section of the Court's website or in

---

[1] In submitting any "Summons in a Civil Action" forms to the clerk's office, Plaintiff should ensure that she corrects the "Civil Action No." to the case number in this action (3:24-cv-1099-WWB-SJH) rather than a statute. *See* Doc. 5-1 at 1.

person at the clerk's office. Accordingly, Plaintiff's Motion to Prepare Summons to be Served, Doc. 5, is **denied**.

Plaintiff is also reminded of the service-of-process rules, which are the rules ensuring that a defendant has timely received a copy of the summons and complaint (and thus notice that the plaintiff is suing the defendant), located in Rule 4, Federal Rules of Civil Procedure, and Local Rule 1.10. Plaintiff must properly serve each defendant with a copy of the summons and complaint within 90 days after filing the complaint or obtain a waiver of service by notifying each defendant that an action has been commenced and asking for waiver of service of a summons. The "Notice of a Lawsuit and Request to Waive Service of a Summons" form (AO 398) may also be found in the "forms" section of the Court's website or in the clerk's office. As Plaintiff filed the complaint on October 24, 2024, she must properly serve each defendant with a copy of the summons and complaint or obtain a waiver by **January 22, 2025**.

Additionally, the Court **grants** Plaintiff's Motion to Enroll in CM/ECF, Doc. 6. Plaintiff is directed to visit the "For Lawyers" tab in the "CM/ECF" section of the Court's website at www.flmd.uscourts.gov and register for a CM/ECF account. Once Plaintiff receives a CM/ECF account, she is directed to utilize the Court's electronic case management filing system when filing any document with the Court. Plaintiff is cautioned that she must comply with the Local Rules of the Middle District of Florida, the Federal Rules of Civil Procedure, and the Administrative Procedures for Electronic Filing. The Court directs Plaintiff to review these rules prior to filing any document on

CM/ECF. Additional information regarding CM/ECF is available on the Court's website.

**DONE AND ORDERED** in Jacksonville, Florida, on December 9, 2024.

Samuel J. Horovitz
United States Magistrate Judge

Copies to:

Counsel of Record