UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARILYN FALOTICO,
Plaintiff,
Vs

Defendants.
TurboDebt LLC. Josh Stomel, Bonnie Silver, Desmond Durrant, Shawnte Banks, Courtney Kronfeld, Angelica Figueroa, Jacob Waller, Tom Greene, National Debt Relief LLC. Carla Perez, Alex Kleyner

Case No: 3:24-CV-01099-WWB-SJH

## **Response - Motion to Dismiss Without Prejudice - Due to Insufficient Funds**

Thank you Magistrate Judge Samual J. Horovitz for your detailed recommendation. Plaintiff Falotico has spent over $2,000 between the complaint and affecting service over 4 months. If defendants refuse to answer the door, proper service will never be possible. No funds exist for another service attempt especially if a skip search is needed. Plaintiff Falotico has no option but to ask for dismissal without prejudice as she cannot afford to move forward at this time.

Falotico will be reaching out to Maria Black, the President of ADP Inc. to determine if an audit was done as defendants refuse to provide results as Falotico wonders if Human Resources even did an audit to begin with. Falotico will also be asking ADP Inc. if National Debt Relief has ever had an audit to ensure they are following laws as a company especially with Fluctuating Work Week calculations in the paychecks. Is ADP allowing employers to commit wage theft on a massive scale so that an employee can't prove it? Consumer Finance Insights blog article, March

10, 2017, "National Debt Relief Provider Reaches $9 Million Settlement with FTC for Deceptive Solicitations" by Justin C. Peirce. Falotico believes this is the same National Debt Relief.  If so, this is still going on based on my complaints of illegal telemarketing and fraudulent advertising practices she was trained to perform leading to my wrongful termination for refusing to continue to do so. The defendants and legal counsel have left Falotico with no other recourse than to contact ADP Inc. and other government agencies as needed to rectify her claims.

On July 10, 2024, a Wrongful Termination case was filed on behalf of Kharazi Marvin vs. National Debt Relief Llc., at the Los Angeles County Superior Courts with Elaine Lu presiding. This complaint expresses that communication was difficult if not impossible at times, further proving why Plaintiff Falotico is struggling as Pro Se and why she is requesting a Dismissal without Prejudice. Falotico emailed representing attorney Ebrahimian Jonathan on April 3, 2025.

Plaintiff Falotico has only ever asked to be paid for the hours she worked and what state and federal law require in alignment with her civil rights.  Nothing more, nothing less.  Falotico will not rest until she is paid for the hours she worked and the time, energy and emotional and physical intentional distress and damages this has caused, leaving Falotico seeking therapy, doctors for physical health concerns and moving back to NJ to live with family.  No hard working employee should face an employer that violates civil rights on a daily basis.

Plaintiff Falotico will be using this document to support her efforts moving forward. Falotico was hired by Fraud of Inducement, they removed her from work sending her home and putting in false sick time to cover the hours, or pulled her for training so she could not reach necessary

Case 3:24-cv-01099-WWB-SJH  Filed 04/04/25 Page 3

goals, they did not allow the plaintiff to use the script used by top sellers, they denied the plaintiff to listen to top sellers calls for 11 months, they allow selected people to have fast mouse speed, CPS, so they can get a lead 10 times faster than the plaintiff, they allow top sellers to select clients by name, sex and nationality when the plaintff wasn't permitted. Those are all violations of Equal Employment Opportunity. Plaintiff Falotico is a victim of wage theft from defendants Durant and Banks. Wage theft exists where your manager makes you approve your timecard each week, then later illegally falsifies your hours to a reduced number, then adds breaks to make their payroll and Falotico's income less than what the law requires. They also allow defendant Kronfeld to use Wage Theft with illegal use of the Fluctuating Workweek claim. There is no fluctuating schedule permitted at this job and why people are always fired for being late. Kronfeld set the plaintiff up for overtime pay at .5 instead of 1.5. When you are hired and go into training they tell you to lie to customers through the script and allow illegal telemarketing practices every minute of the day and use false advertising in digital marketing efforts. The company has an employee that created a FAKE website that looks like another company that rated Turbo Debt as the staff's top choice for loans. Turbo Debt does not offer loans, they have clients call for the loan as click bait. Then you realize they want you to tell customers that loans should NEVER be used only to ask them to enroll into Reach Financial Loans which is the company owned by the previous National Debt Relief President.  The BBB shows complaints that NDR enrolled customers claim they never signed up for the loan but were given a loan anyway, they try to cancel but that is not possible, then they realize the loan interest rate is higher than what they had on their credit cards BEFORE enrolling in debt settlement. When you bring all this proof to Human Resources you unfortunately find out Human Resources is not to protect employees and follow state and federal laws, they are there to protect company wide corruption.

All they then need to do is ignore you until you have a mental breakdown.  If you take them to court they tell all employees not to accept the summons and lie to the serving processes that the defendant doesn't live in the state when in fact they do. So every case will be dismissed for improper service because you will NEVER be able to serve a remote worker which most of them claim they are. They are guilty of abuse of the court because they can make billions in profit solely by violating all state and federal laws. If they are ever found guilty, who cares, a $9 million dollar settlement with the FTC is nothing if you're making $100 million dollars so they keep doing it. Plaintiff Marilyn Falotico will do anything she can so that no other American, either their client or employee, is stolen from again. It's a real shame they refused to accept this truth while Falotico was an employee, to give Falotico her civil rights and pay her for what she legaly worked for, the defendants are responsible for the outcome of what they illegally subjected Falotico to.

Thank you for your time and attention to this complaint and detailed recommendations which are very helpful to someone unfamiliar with the legal process. Plaintiff Marilyn Falotico is hopeful and confident the court will allow this to be Dismissed Without Prejudice so it can be addressed in the near future.

Marilyn Falotico

*Marilyn Falotico*

4/4/25

Case 3:24-cv-01099-WWB-SJH  Filed 04/04/25 Page 5

**Proof of delivery of document.**

**This document was mailed on 4/4/25**

Mikayla Almeida, Associate

Littler, Labor & Employment Law Solutions Worldwide

111 North Orange Ave. Ste 1750

 Orlando, FL 32801