UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARILYN FALOTICO,

        Plaintiff,

v.                                    Case No.: 3:24-cv-1099-WWB-SJH

TURBODEBT, LLC, BONNIE SILVER, JOSH STOMEL, DESMUND DURRANT, SHAWNTE BANKS, COURTNEY KRONFELD, ANGIE FIGUEROA, JACOB WALLER, TOM GREENE, NATIONAL DEBT RELIEF LLC, ALEX KLEYNER and CARLA PEREZ,

        Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. 18). United States Magistrate Judge Samuel J. Horovitz issued a Report and Recommendation (Doc. 31) recommending that Defendants' Motion be granted in part, service of process on Defendants be quashed, and Plaintiff's Complaint be dismissed without prejudice and with leave to amend.

After an independent de novo review of the record, and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. However, Plaintiff filed a Response (Doc. 32), which the Court construes as a motion for voluntary dismissal. Although the Court makes no findings as to the effect of dismissal in this case on Plaintiff's ability to reassert her

claims in a subsequent lawsuit, the Court will grant Plaintiff's request and dismiss this case without prejudice and close the file.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 31) is **ADOPTED** and **CONFIRMED** and made a part of this Order.
2. Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. 18) is **GRANTED in part** as set forth in the Report and Recommendation and **DENIED** in all other respects.
3. Service of Process on Defendants is **QUASHED**.
4. Plaintiff's Response (Doc. 32), construed as a motion for voluntary dismissal, is **GRANTED**.
5. Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice**.
6. The Clerk is directed to terminate any other pending motions and close this case.

**DONE AND ORDERED** in Jacksonville, Florida on April 15, 2025.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party